Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Melea Maltzberger*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Melea Maltzberger,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Lincoln Life Assurance Company of Boston; Homesite Insurance Group; The Homesite Insurance Group Disability Income Replacement Plan; The Homesite Insurance Group Group Life Insurance Plan,<br><br>　　　　　Defendants. | Case No.  2:20-CV-02161-SMB<br><br>**NOTICE OF VOLUNTARY CASE DISMISSAL UNDER RULE 41** |

　　　　Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Melea Maltzberger hereby dismisses with prejudice the above-captioned matter.  Each party will bear its own cost and attorney's fees.

　　　　Plaintiff advises the Court that the Complaint in this matter was filed on November 10, 2020.  None of the named Defendants have been served.  None of the named Defendants have Answered or filed a Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this 27th day of January, 2021.

**SCOTT E. DAVIS, P.C.**

By:    /s/ *Scott E. Davis, Esq.*
       Scott E. Davis, Esq.
       Attorney for Plaintiff